374 A.2d 724

O'Connor, Appellant, v. Pugliano, et al.

Argued April 11, 1977.

Andrew M. Schifino, for appellant; Leonard A. Costa, Jr., with him Robert Rade Stone, for appellees.

Order affirmed.

VAN der VOORT, J., absent.

374 A.2d 725

Pappas, Appellant, v. Stefan.

Argued March 23, 1977. B. Jerome Shane, with him Shane & Rubin, for appellant; David S. Foulke, for appellee.

Decree affirmed.